# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DALANIKA CHAMBERS,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES
OF MINNESOTA, INC. d/b/a
FINANCIAL RECOVERY SERVICES,
INC.,

    Defendant.

Civil Action No.: 6:21-cv-01545-RBD-DCI

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

    1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a. Plaintiff Dalanika Chambers

    b. Law Offices of Jibrael S. Hindi – Counsel for Plaintiff
       Jibrael S. Hindi, Esq.
       Thomas J. Patti, Esq.

    c. Defendant Financial Recovery Services of Minnesota, Inc. d/b/a Financial Recovery Services, Inc.

    d. The Law Offices of Ronald S. Canter, LLC – Counsel for Defendant

    2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

1

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

No additional entities.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Plaintiff Dalanika Chambers
Defendant Financial Recovery Services of Minnesota, Inc.

5. Check one of the following:

__X___ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or –

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: September 22, 2021        /s/ Ronald S. Canter
                                 Ronald S. Canter, Esq.
                                 Bar # 335045
                                 The Law Offices of Ronald S. Canter, LLC
                                 200A Monroe Street, Suite 104
                                 Rockville, Maryland 20850
                                 Telephone: (301) 424-7490
                                 Facsimile: (301) 424-7470
                                 rcanter@roncanterllc.com

                                 *Local address:*
                                 400 S. Dixie Hwy #322
                                 Boca Raton, Florida 33432

                                 *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2021, the foregoing document served via ECF procedures upon the following:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street Suite 1744
Ford Lauderdale, FL 33301
*Counsel for Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esq.

7281284v1