UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:21-cv-01545-RBD-DCI

Dalanika Chambers,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICE
OF MINNESOTA INC

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff DALANIKA CHAMBERS discloses the following persons and/or entities as having a financial interest in the outcome of this case:

    (a)    DALANIKA CHAMBERS.

    (b)    Plaintiff's attorney, the Law Offices of Jibrael S. Hindi, PLLC;

    (c)    Plaintiff's attorney, Jibrael S. Hindi, Esq.;

    (d)    Plaintiff's attorney, Thomas J. Patti, Esq.; *and*

    (e)    FINANCIAL RECOVERY SERVICE OF MINNESOTA.

**Local Rule 3.03(b) Certification**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action,

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: July 20, 2021

Respectfully Submitted,

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 20, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Thomas J. Patti

**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 |  Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com